# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 22-cr-267-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBERT SCOTT BROWN JR (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge[Doc. No. 38] having been considered, together with the Objection [Doc. No. 39] filed by Defendant Robert S. Brown, Jr. ("Brown"), and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress [Doc. No. 28] filed by Brown is **DENIED**

**MONROE, LOUISIANA**, this the 22nd day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**