**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:22-CR-00267-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBERT SCOTT BROWN JR (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

On November 8, 2022, the defendant, **Robert Brown**, was charged by indictment with four counts of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(a) [Doc. No. 1].

On October 10, 2023, the defendant pleaded guilty to one count of Receipt of Child Pornography [Doc. No. 42]. Restitution is mandatory pursuant to 18 U.S.C. § 2259(a)(2) and, as part of his plea, the defendant agreed that restitution would not be limited to the amounts or victims referred to in the specific charge to which he pled guilty.

On January 10, 2024, the defendant was sentenced to 121 months of imprisonment and a lifetime of supervised release [Doc. Nos. 49, 50]. A hearing on the issue of restitution was set for a later date so to allow time for victims to submit requests for restitution.

On April 8, 2024, the Court conducted a restitution hearing. The Government filed into evidence under seal requests for restitution from five victims: "Henley" (seeking $5,000.00 in restitution) of whom there were seven images; "Lily" (seeking $10,000.00 in restitution) of whom there was one image; "Pia" (seeking $5,000.00 in restitution) of whom there was one image; "Savannah" (seeking $7,500.00 in restitution) of whom there was one image; and "Patty" (seeking $4,000.00) of whom there were two images.

The defendant argued in response that, based upon the factors set forth in *Paroline v. United States*, 572 U.S. 434 (2014), each victim should receive the statutory minimum restitution amount of $3,000.00.  See 18 U.S.C. § 2259(b)(2)(B).

Having carefully considered the documents submitted in support of the requests for restitution; the arguments made at the restitution hearing; the record; 18 U.S.C. § 2259(a)(2); the factors set forth in *Paroline*; and being otherwise fully advised,

**IT IS HEREBY ORDERED, ADJDUGED, AND DECREED** that restitution in the following amounts is reasonable and shall be issued as follows:

| Name | Restitution Amount | Payment Information |
|---|---|---|
| Henley | $10,000 | Deborah A. Bianco, in trust for Henley, Attorney at Law, P.O. Box 6503, Bellevue, WA 98008 |
| Lily | $4,000 | Carol L. Hepburn, I/T/F/ Lily, Attorney at Law P.O. Box 17718 Seattle, WA 98127 |
| Pia | $4,000 | Deborah A. Bianco, in trust for Pia P.O. Box 6503 Bellevue, WA 98008 |
| Savannah | $4,000 | Carol L. Hepburn, I/T/F Savannah, Attorney at Law, P.O. Box 17718 Seattle, WA 98127 |
| Patty | $5,000 | Jones Day, in trust for Patty, Attn: Hannah Kail, 500 Grant Street Suite 4500 Pittsburgh, PA 15219-2514 |

MONROE, LOUISIANA, this 10th day of April 2024.

_____
Terry A. Doughty
United States District Judge